In the Matter of the Estate of JULIUS LUSTIG, Deceased. MARTIN GOLLUBIER, Appellant; NATIONAL SURETY CORPORATION, Respondent.

(Argued October 1, 1934; decided October 16, 1934.)

*Martin Gollubier*, in person, for appellant.

*Le Roy B. Iserman* and *Wendell P. Barker* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Dissenting: CRANE, J.